IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. MELCHER,<br><br>    Petitioner,<br><br>vs.<br><br>KIM HOLLAND, Warden,<br><br>    Respondent. | No. C 12-0544 JSW (PR)<br><br>**ORDER TO PAY FILING FEE; DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br><br>(Docket No. 2) |

    Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Petitioner has filed an application to proceed in forma pauperis ("IFP"). The application indicates that for the six months prior to filing his petition, Petitioner's prison trust account had average monthly balances of over three thousand dollars. He has more than enough money to pay the modest $5.00 filing fee. The IFP application (docket number 2) is DENIED.

    **Within 30 days of the date this order is filed, Petitioner shall pay the $5.00 filing fee by mailing it to the Clerk of Court with a clear indication that it is for case number C 12-0544 JSW (PR)). Petitioner's failure to pay the filing fee in accordance with this order will result in the dismissal of this matter.**

    IT IS SO ORDERED.

DATED: April 18, 2012

                                              JEFFREY S. WHITE<br>
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J MELCHER,

        Plaintiff,

v.

KIM HOLLAND et al,

        Defendant.

                                    /

Case Number: CV12-00544 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Melcher G-62372
California Correctional Institution State Prison
P.O. Box 1906
Tehachapi, CA 93581
P
Dated: April 18, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk