IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH J. MELCHER, | ) | No. C 12-0544 JSW (PR) |
| Petitioner, | ) | **ORDER DENYING REQUEST FOR COUNSEL** |
| vs. | ) | |
| KIM HOLLAND, Warden, | ) | |
| Respondent. | ) | (Docket No. 7) |

Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 and has requested an attorney. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir.), *cert. denied*, 479 U.S. 867 (1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require, representation may be provided for any financially eligible person who is seeking relief under section [ ] 2254 [ ] of title 28."

Petitioner has presented his claims adequately in the petition. The Court determines that the interests of justice do not require appointment of counsel. The request for appointment of counsel (docket number 7) is DENIED.

IT IS SO ORDERED.

DATED: August 9, 2012

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J MELCHER, | Case Number: CV12-00544 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KIM HOLLAND et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Melcher G-62372
California Correctional Institution State Prison
P.O. Box 1906
Tehachapi, CA 93581

Dated: August 9, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk