IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. MELCHER,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>KIM HOLLAND, Warden,<br><br>　　　　　　　Respondent. | Case No. C 12-0544 JSW (PR)<br><br>[~~PROPOSED~~] ORDER<br>(DOCKET NO. 17) |

　　GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until January 10, 2013 to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 40 days of his receipt of the answer.

Dated: ___JAN 0 4 2013___    _____
　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J MELCHER,

        Plaintiff,

v.

KIM HOLLAND et al,

        Defendant.
_____/

Case Number: CV12-00544 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Melcher G-62372
New Folsom State Prison
B1 123
P.O. Box 290066
Represa, CA 95671

Dated: January 4, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk